UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSS J.C. ALMANZOR and
BILLIE ANN AGAR, husband and wife,

Plaintiffs,

v.

P.E. PRINTECH EQUIPMENT INC., a
foreign business entity; P.E. PRINTECH
EQUIPMENT (USA), INC., a Minnesota
corporation; BRAUSSE GROUP, a foreign
business entity; BRAUSSE GROUP
NORTHERN DIVISION, a foreign
business entity; BRAUSSE GROUP
EASTERN DIVISION, a foreign business
entity; SHANGHAI ETERNAL
MACHINERY CO., LTD., a foreign
business entity; GORDON LTD., a foreign
business entity; BOBST GROUP, S.A., a
foreign business entity; and BOBST
NORTH AMERICA  INC., a New Jersey
corporation,

Defendants.

NO. 2:17-cv-00318-MJP

**STIPULATED MOTION FOR
ORDER OF DISMISSAL OF
DEFENDANTS GORDON, LTD.,
BOBST GROUP SA AND BOBST NORTH
AMERICA, INC.**

NOTE ON MOTION CALENDAR:
Thursday, November 2, 2017

(Clerk's Action Required)

## I.   STIPULATED MOTION

Plaintiffs RUSS J.C. ALMANZOR and BILLIE ANN AGAR, husband and wife, and

Defendants, GORDON, LTD., BOBST GROUP SA, BOBST NORTH AMERICA, INC., and P.E.

PRINTECH EQUIPMENT, INC., through their respective attorneys, stipulate to the entry of the following order without further notice.

| STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER | CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC |
|---|---|
| s/ Daniel R. Laurence<br>Daniel R. Laurence, WSBA No. 19697<br>dan@stritmatter.com | s/ William J. Cremer<br>William J. Cremer, Esq. (Adm. *pro hac vice*)<br>wcremer@cremerspina.com |
| s/ Brad J. Moore<br>Brad J. Moore, WSBA No. 21802<br>brad@stritmatter.com | s/ Thomas R. Pender<br>Thomas R. Pender, Esq. (Adm. *pro hac vice*)<br>tpender@cremerspina.com |
| s/Ray W. Kahler<br>Ray W. Kahler, WSBA No. 26171<br>ray@stritmatter.com | CHRISTIE LAW GROUP<br><br>s/ Ann E. Trivett<br>Ann E. Trivett (WSBA #39228)<br>ann@christielawgroup.com |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants Gordon Ltd., Bobst Group SA and Bobst North America, Inc.** |
| | FORSBERG & UMLAUF, P.S.<br><br>s/ Martin J. Pujolar<br>Martin J. Pujolar (WSBA #36049)<br>mpujolar@foum.law<br><br>s/ Kenneth M. Roessler<br>Kenneth M. Roessler (WSBA #31886)<br>kroessler@foum.law<br><br>**Attorney for Defendant P.E. Printech Equipment, Inc.** |

## II.  ORDER

All claims asserted in this action against each of Defendants GORDON, LTD. and BOBST GROUP SA, and BOBST NORTH AMERICA, INC. are hereby dismissed without an award of costs to any party.

IT IS SO ORDERED.

Dated this _3rd_ day of November, 2017.


Marsha J. Pechman
United States District Judge


Presented by:

STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER

s/ Daniel R. Laurence
Daniel R. Laurence, WSBA No. 19697
dan@stritmatter.com

s/ Brad J. Moore
Brad J. Moore, WSBA No. 21802
brad@stritmatter.com

s/ Ray W. Kahler
Ray W. Kahler, WSBA No. 26171
ray@stritmatter.com

Attorneys for Plaintiffs

**CERTIFICATION**

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be delivered on the following in the manner indicated:

| | |
|---|---|
| Kenneth M. Roessler, WSBA #31886<br>Martin J. Pujolar, WSBA #36049<br>Forsberg & Umlauf<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164-1039<br><br>Counsel for Defendant P.E. Printech Equipment, Inc. | ☐ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery<br>kroessler@foum.law<br>mpujolar@foum.law<br>lyndaha@foum.law |
| Ann E. Trivett, WSBA #34473<br>Christie Law Group, PLLC<br>2100 Westlake Avenue North, Suite 206<br>Seattle, WA 98109<br><br>Co-Counsel for Defendant Gordon, Ltd., Bobst Group, SA, and Bobst North America, Inc., | ☐ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery<br>ann@christielawgroup.com<br>janet@christielawgroup.com |
| William J. Cremer, admitted *pro hac vice*<br>Thomas R. Pender, admitted *pro hac vice*<br>Cremer, Spina, Shaughnessy, Jansen & Siegert,<br>One North Franklin Street, 10th Floor<br>Chicago, IL 60606<br><br>Co-Counsel for Defendant Gordon, Ltd., Bobst Group, SA, and Bobst North America, Inc. | ☐ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery<br>wcremer@cremerspina.com<br>tpender@cremerspina.com<br>jvillarreal@cremerspina.com<br>mzych@cremerspina.com |

DATED this 2nd day of November, 2017.

s/ *Jeanne Laird*
Jeanne Laird, Paralegal