HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSS J.C. ALMANZOR and BILLIE ANN AGAR, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>P.E. PRINTECH EQUIPMENT INC., a foreign business entity; P.E. PRINTECH EQUIPMENT (USA), INC., a Minnesota corporation; BRAUSSE GROUP, a foreign business entity; BRAUSSE GROUP NORTHERN DIVISION, a foreign business entity; BRAUSSE GROUP EASTERN DIVISION, a foreign business entity; and SHANGHAI ETERNAL MACHINERY CO., LTD., a foreign business entity,<br><br>Defendant. | NO. 2:17-cv-00318-MJP<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE** |

**STIPULATION**

The parties, through their undersigned counsel, have conferred and stipulate to the following change to the May 8, 2017 Order Setting Trial Date and Related Dates:

STIP & ORDER RE: EXPERT TESTIMONY DISCLOSURES - 1

1. The deadline for disclosure of expert testimony disclosure under FRCP 26(a)(2) is extended from January 17, 2018 until February 16, 2018.

DATED: 1/05/2018

STRITMATTER KESSLER WHELAN KOEHLER MOORE

s/ Brad J. Moore
Brad J. Moore, WSBA No. 21802
brad@stritmatter.com
s/ Daniel R. Laurence
Daniel R. Laurence, WSBA No. 19697
dan@stritmatter.com

Attorneys for Plaintiffs

DATED: 1/05/2018

FORSBERG & UMLAUF

*/s/ Kenneth M. Roessler*
Kenneth M. Roessler, WSBA No. 31886
kroessler@forsberg-umlauf.com

*/s/ Martin J. Pujolar*
Martin J. Pujolar, WSBA No. 36049
mpujolar@forsberg-umlauf.com

Attorneys for Defendants P.E. Printech Equipment, Inc. and P.E. Printech Equipment (USA), Inc.

## ORDER

It is so ordered.

DATED this _8th_ day of January, 2018.

Marsha J. Pechman
United States District Judge

STIP & ORDER RE: EXPERT TESTIMONY DISCLOSURES - 2