HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSS J.C. ALMANZOR and BILLIE ANN AGAR, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>P.E. PRINTECH EQUIPMENT INC., a foreign business entity; P.E. PRINTECH EQUIPMENT (USA), INC., a Minnesota corporation; BRAUSSE GROUP, a foreign business entity; BRAUSSE GROUP NORTHERN DIVISION, a foreign business entity; BRAUSSE GROUP EASTERN DIVISION, a foreign business entity; and SHANGHAI ETERNAL MACHINERY CO., LTD., a foreign business entity,<br><br>Defendant. | NO. 2:17-cv-00318-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>**NOTE FOR MOTION CALENDAR:**<br>**March 9, 2018** |

## **STIPULATED MOTION**

Plaintiffs and Defendants P.E. Printech Equipment Inc. and P.E. Printech Equipment (USA), Inc. (collectively, "Stipulating Parties"), by and through their undersigned counsel, have conferred on the subject of this motion. Based upon these discussions, these parties jointly represent the following to the Court:

1. The Stipulating Parties have scheduled a full-day mediation with mediator John Cooper to occur on March 23, 2018, and wish to avoid incurring the expense of depositions prior to that current discovery cutoff of March 19, 2018, established in this Court's Order Setting Trial Date and Related Dates (Dkt. #22). If the mediation does not result in settlement, the parties wish to conduct additional depositions, to include the persons identified below.

2. Third-party lay witnesses and some expert witnesses still remain to be deposed.

3. The following witnesses are currently scheduled to be deposed before the current discovery cutoff, on the dates noted:

    a. Non-party lay witness Danny Ngyon - March 9, 2018;

    b. Non-party lay witness Greg Baker - March 14, 2018;

    c. Non-party lay witness Dean Smith - March 14, 2018

4. The following witnesses are currently scheduled to be deposed after the current discovery cutoff,

    a. Defendants' liability expert Gerry Shaefer, P.E. – March 22, 2018;

    b. Plaintiff's liability expert Ken Blundell, Ph.D. – April 9, 2018; and

    c. Plaintiff's damages expert Merrill Cohen, M.C. – March 27, 2018.

Each of those three experts has submitted a report in accordance with Rule 26 of the Federal Rules of Civil Procedure, so the sum and substance of their opinions are not mysteries. Nevertheless, the parties wish to reserve their rights to conduct depositions.

5. If non-party witness Sam Rivera can be located, he may be deposed when he and counsel are mutually available.

6. Counsel for the Stipulating Parties have worked cooperatively to schedule the

depositions of witnesses at times available to the witnesses and counsel in light of their other obligations. The witnesses scheduled to be deposed after the current discovery cutoff are either not available beforehand or the Stipulating Parties anticipate that delaying their depositions until after mediation may obviate the need to conduct them if the case settles.

7. No Stipulating Party objects to any of the foregoing depositions on the basis of Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure.

8. The Stipulating Parties anticipate that if this lawsuit does not settle at mediation, the foregoing depositions can be complete by April 9, 2018, without the need to continue the April 17, 2018 dispositive motions filing deadline, the July 16, 2018 trial date, or any other pretrial deadline.

9. Defendants named in the Complaint as Brausse Group, Brausse Group Northern Division, and Brausse Group Eastern Division are business names of Defendant P.E. Printech Equipment Inc.

10. Defendant named in the Complaint as Shanghai Eternal Machinery Co. Ltd. is a foreign corporation that has not been served with process.

Accordingly, the Stipulating Parties hereby STIPULATE to entry of the following proposed Order without further notice.

| DATED: March 7, 2018 | DATED: March 9, 2018 |
|---|---|
| STRITMATTER KESSLER WHELAN KOEHLER MOORE | FORSBERG & UMLAUF |
| s/ Brad J. Moore | s/ Kenneth M. Roessler |
| Brad J. Moore, WSBA No. 21802 | Kenneth M. Roessler, WSBA No. 31886 |
| brad@stritmatter.com | kroessler@forsberg-umlauf.com |
| s/ Daniel R. Laurence | s/ Martin J. Pujolar |

| | | |
|---|---|---|
| 1 | Daniel R. Laurence, WSBA No. 19697<br>dan@stritmatter.com | Martin J. Pujolar, WSBA No. 36049<br>mpujolar@forsberg-umlauf.com |
| 2 | | |
| 3 | Attorneys for Plaintiffs | Attorneys for Defendants P.E. Printech Equipment, Inc. and P.E. Printech Equipment (USA), Inc. |

## ORDER

THIS MATTER came before this Court on the foregoing Stipulation. For good cause shown, IT IS ORDERED that: The deadline to complete discovery under FRCP 26(b)(1) is extended from March 19, 2018 to April 9, 2018.

DATED this _13th_ day of __March__, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

| STRITMATTER KESSLER WHELAN KOEHLER MOORE | FORSBERG & UMLAUF |
|---|---|
| s/ Brad J. Moore<br>Brad J. Moore, WSBA No. 21802<br>brad@stritmatter.com | s/ Kenneth M. Roessler<br>Kenneth M. Roessler, WSBA No. 31886<br>kroessler@forsberg-umlauf.com |
| s/ Daniel R. Laurence<br>Daniel R. Laurence, WSBA No. 19697<br>dan@stritmatter.com | s/ Martin J. Pujolar<br>Martin J. Pujolar, WSBA No. 36049<br>mpujolar@forsberg-umlauf.com |
| Attorneys for Plaintiffs | Attorneys for Defendants P.E. Printech Equipment, Inc. and P.E. Printech Equipment (USA), Inc. |